| PROB 22<br>(Rev. 2/88)<br><br>## TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>1:01-CR-00852-1 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>**CR13-00368** |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE<br><br>James Q. Page<br>Northern District of California | DISTRICT<br><br>Northern District of Georgia | DIVISION<br><br>Atlanta |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Honorable Marvin H. Shoob | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>06/01/12 | TO<br>05/31/15 |

| OFFENSE<br><br>Bank Robbery | *FILED*<br>JUN 10 2013<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
|---|---|

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN District of CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 6th 2013
_____
Date

_____
Honorable Marvin H. Shoob
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-10-2013
_____
Effective Date

_____
Honorable
United States District Judge