**FILED**
JUN 1 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

---

**Petition for Arrest Warrant for Offender Under Supervision**

---

**Name of Offender**
James Quindale Page

**Docket Number**
CR 13-00368-1 JSW

**Name of Sentencing Judge:**   The Honorable Martin H. Shoob
United States District Judge

**Date of Original Sentence:**   September 5, 2003

**Original Offense**
Counts One through Three: Bank Robbery, 18 U.S.C. § 2113(a), a Class C Felony

**Original Sentence:** One Hundred Thirty-Seven (137) months custody, to be followed by Three (3) years supervised release
**Special Conditions:** Special assessment $300.00; restitution $2,369.00; drug treatment; search; and not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

On June 10, 2013, jurisdiction was transferred from the Northern District of Georgia to the Northern District of California.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Duty AUSA

**Date Supervision Commenced**
June 1, 2012
**Defense Counsel**
Duty AFPD

---

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Jenna Russo, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by

NDC-SUPV-FORM 12C(2) 02/26/10

RE: Page, James Quindale 2
CR 13-00368-1 JSW

employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the general condition that he shall not commit another federal, state, or, local crime. |

> On May 29, 2013, at approximately, 2:50 p.m., the Bank of America in Oakley, California, was robbed. Based upon the investigation by Federal Bureau of Investigation (FBI) Special Agent Todd Dorman, James Page has been named as the likely suspect in this robbery.
>
> Surveillance photographs taken at the scene depict a black male, wearing a long sleeve shirt, dark pants, and dark sunglasses. The robber demanded money with a note and placed his hand on his hip as if he were wearing a gun. The teller described the robber as six feet tall with a medium build. Other witnesses advised that the robber has a tattoo in front of his neck, which was partially obscured by his button-up shirt.
>
> On the same day of the robbery at approximately 1:30 p.m., Oakley Police Department (OPD) officers were called to a residence in Oakley for a domestic disturbance in which James Page was involved. Following the bank robbery, the OPD officers involved in the disturbance call were shown surveillance photographs from the robbery, and immediately identified Mr. Page as the individual who robbed the bank.
>
> Evidence in support of this charge is contained in the Affidavit of Todd Dorman in Support of Application for Search Warrant.

Based on the foregoing, there is probable cause to believe that James Quindale Page violated the conditions of his probation. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                     Approved as to form:

_____                     _____
Jenna Russo                                 Teresa C. Hoffman
U.S. Probation Officer                      Supervisory U.S. Probation Officer
Date Signed: June 11, 2013

RE: Page, James Quindale    3
CR 13-00368-1 JSW

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of probation and orders:

☒ The issuance of a no bail warrant
☐ Other:

6/11/13
Date

Jeffrey S. White
United States District Judge

**RE:**  Page, James Quindale  4
CR 13-00368-1 JSW

## APPENDIX

Grade of Violations: A

Criminal History at time of sentencing: VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two Years per 18 U.S.C. § 3583(e)(3) | 33 to 41 Months Custody per USSG § 7B1.4 |
| **Supervised Release:** | Three Years per 18 U.S.C. § 3583(b)(2) | Three Years Less Custody Imposed per USSG § 7B1.3(g)(2) |
| **Probation:** | Not Authorized | Not Authorized |